**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clarence David Hill, | No. CV-97-1142-PHX-RCB |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| vs. | **ORDER DISMISSING PETITION** |
| Dora B. Schriro et al., | |
| Respondents. | |

On April 18, 2005, Petitioner's counsel notified the Court that the Mohave County Superior Court vacated his convictions and death sentence. (Dkt. 109.) On August 4, Petitioner filed notice that re-trial was scheduled to begin October 17, 2005, and that Respondents had filed a petition for review in the Arizona Supreme Court of the superior court's order granting a new trial. (Dkt. 111.) On September 27, 2005, the Arizona Supreme Court summarily denied review, and Petitioner subsequently filed a stipulation pursuant to Fed. R. Civ. P. 41 to voluntarily dismiss this action. (Dkt. 113.)

The state court's action having mooted Petitioner's claims for habeas corpus relief,

**IT IS HEREBY ORDERED** that the parties' stipulation of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a) is **GRANTED** and this action is **DISMISSED**. (Dkt. 113.)

**IT IS FURTHER ORDERED** that the Clerk of Court shall promptly return to the Arizona Supreme Court the certified copy of the state court record that was received by this Court on December 1, 1999. (Dkt. 47.)

|||
|---:|---|
| 1 | **IT IS FURTHER ORDERED** that Petitioner's counsel shall submit a final interim |
| 2 | CJA 30 voucher within thirty (30) days of the filing date of this Order. |
| 3 | **IT IS FURTHER ORDERED** that the Clerk of Court forward a courtesy copy of |
| 4 | this Order to the Clerk of the Arizona Supreme Court, 1501 W. Washington, Phoenix, AZ |
| 5 | 85007-3329. |
| 6 | DATED this 29th day of September, 2005. |
| 7 | |
| 8 | |
| 9 | _____ |
| 10 | Robert C. Broomfield<br>Senior United States District Judge |
| 11 | |
| 12 | |
| ... | |
| 28 | |